**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EXPORTING COMMODITIES INTERNATIONAL, LLC, | 1:16-cv-09080-NLH-KMW |
| Plaintiff, | **ORDER** |
| v. | |
| SOUTHERN MINERALS PROCESSING, LLC, | |
| Defendant. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this    17th    day of   November   , 2017

ORDERED that the Final MOTION for Default Judgment by EXPORTING COMMODITIES INTERNATIONAL, LLC [12] be, and the same hereby is, DENIED; and it is further

ORDERED that the MOTION to Dismiss for Lack of Jurisdiction by SOUTHERN MINERALS PROCESSING, LLC [15] be, and the same hereby is, GRANTED; and it is further

ORDERED that the Clerk's Entry of Default against Defendant be, and the same hereby is, VACATED; and it is further

ORDERED that Plaintiff's Complaint [24] be, and the same hereby is, DISMISSED; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.